IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

HENRI NORRIS – #370646,

No. C 12-80264 WHA

**ORDER OF SUSPENSION**

    Because Mr. Henri Norris has failed to respond to the order to show cause, Mr. Norris's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE